AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для
Eastern District of Washington

| | |
|---|---|
| RESENDA S., *Plaintiff* v. COMMISSIONER OF SOCIAL SECURITY, *Defendant* | Civil Action No. 2:13-CV-3111-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant Commissioner of Social Security is directed to pay EAJA fees in the amount of $4,618.03.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on Plaintiff's Motion for Attorney Fees Pursuant to EAJA (ECF No. 14).

Date:  August 9, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ B. Fortenberry
*(By) Deputy Clerk*

B. Fortenberry